# In the United States Court of Federal Claims

No. 25-1293

Filed: September 22, 2025

|  |  |
|---|---|
| MARCUS DESHAWN WRIGHT, | ) |
| *Plaintiff,* | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| *Defendant.* | ) |

## ORDER

Plaintiff Marcus Deshawn Wright, appearing *pro se*, has filed this civil action against the United States. ECF No. 1. Mr. Wright was informed on August 6, 2025, that he must pay the court's filing fee to proceed. ECF No. 5. On August 19, 2025, the court again informed Mr. Wright that he must "pay the $405 filing fee on or before September 18, 2025." ECF No. 6 at 2. Finally, the court warned Mr. Wright that failure to pay the filing fee by September 18, 2025, would result in the dismissal of his complaint for failure to prosecute under Rule 41 of the Rules of the United States Courts of Federal Claims ("RCFC"). *Id.* Mr. Wright is unable to procced *in forma pauperis* due to at least three prior complaints that courts dismissed as frivolous or for failing to state a claim. *Id.* at 1. *See*, *e.g.*, Case No. 22-1764, ECF No. 6 at 1–2; *see also Wright v. United States*, No. 24-1234C, 2024 WL 3813535, at *1 (Fed. Cl. Aug. 14, 2024) (recognizing that Mr. Wright may not proceed *in forma pauperis* under 28 U.S.C. § 1915(g)).

Pursuant to RCFC 41(b), the court **DISMISSES** this action for failure to prosecute. RCFC 41(b) ("If the plaintiff fails to prosecute or to comply with . . . a court order, the court may dismiss on its own motion."); *see also Bryant v. United States*, 618 F. App'x 683, 686 (Fed. Cir. 2015) ("If a party fails to pay the requisite filing fee, despite adequate notice and ample opportunity to do so, the Claims Court acts within its discretion when it dismisses the action, just as it did in this case."). The Clerk is directed to enter judgment accordingly.

It is so ORDERED.

s/ Edward H. Meyers
Edward H. Meyers
Judge